**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| City of Phoenix, et al., | No. CV-05-01158-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Fueling Facilities Corporation, | |
| Defendant. | |

Pursuant to the Stipulation of the Parties as well as the supplemental status report, and good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 25) is **GRANTED**.  The Consent Decree entered in this matter on or about April 27, 2005, is terminated, subject to the Subsequent Agreement entered by the Parties and the surviving provisions of the Consent Decree incorporated therein.

**IT IS FURTHER ORDERED** the above-entitled matter is dismissed with prejudice, each party to bear its own fees and costs.

Dated this 30th day of April, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge